In the Matter of the Claim of BEULAH GAURIN, on Behalf of Herself, as Widow, and Dependent Minor Children, on Account of the Death of GERALD G. GAURIN, Respondent, against BAGLEY & SEWALL COMPANY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted June 16, 1948; decided July 16, 1948.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 298 N. Y. 511.]

EDITH E. McCLINTOCK, as Administratrix of the Estate of THOMAS McCLINTOCK, Deceased, Respondent, v. ALBERT E. SANTANA, Doing Business as DAYTIME DRESS COMPANY, Appellant.

Submitted July 16, 1948; decided July 16, 1948.

Motion by appellant for reargument and a stay denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 988.]